| **United States Bankruptcy Court**<br>**District of Oregon** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Winters, Sam | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Winters, Shari |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 7620 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 2008 |
| Street Address of Debtor (No. and Street, City, and State)<br>2191 Ridgebrook Dr<br>West Linn, OR     ZIPCODE 97068 | Street Address of Joint Debtor (No. and Street, City, and State)<br>2191 Ridgebrook Dr<br>West Linn, OR     ZIPCODE 97068 |
| County of Residence or of the Principal Place of Business:<br>Clackamas | County of Residence or of the Principal Place of Business:<br>Clackamas |
| Mailing Address of Debtor (if different from street address):<br>    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business**
(Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other   Auto Body Shop

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18.07.08 - 32769-301X-***** - PDF-XChange 4.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sam Winters & Shari Winters** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed:      N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:   NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>      Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18.07:08 - 32769-301X-***** - PDF-XChange 4.0

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Sam Winters & Shari Winters |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Sam Winters
Signature of Debtor

**X** /s/ Shari Winters
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

04/29/2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** /s/ Scott Niebling
Signature of Attorney for Debtor(s)

SCOTT NIEBLING 04494
Printed Name of Attorney for Debtor(s)

Law Office of Scott Niebling
Firm Name

516 SE Morrison, Street Ste 225
Address

Portland, OR 97214

(503) 407-6523
Telephone Number

04/29/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:08 - 32769-301X-***** - PDF-XChange 4.0

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re <u>Sam Winters & Shari Winters</u>                Case No.<u>             </u>

            Debtor(s)                                 (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:08 - Wednesday, April 29, 2015, at 18:07:08 - 32769-301X-***** - PDF-XChange 4.0

❐ 3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
> ❐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
> ❐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
> ❐  Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ Sam Winters_____
                                                SAM WINTERS

                                    04/29/2015
                      Date: _____

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:08 - 32769-301X-***** - PDF-XChange 4.0

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re  Sam Winters & Shari Winters
_____
　　　　　　Debtor(s)

Case No._____
　　　　(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:08 - 32769-301X-***** - PDF-XChange 4.0

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____  /s/ Shari Winters
                                      SHARI WINTERS

Date: _____ 04/29/2015 _____

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:08 - 32769-301X-*****- PDF-XChange 4.0

# United States Bankruptcy Court
## District of Oregon

In re   Sam Winters & Shari Winters

Case No. _____

Chapter _____7_____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................…………………….......... $ ____225.00____

Prior to the filing of this statement I have received ........……………….............. $ ___8,896.31___

Balance Due .................................................…………………………................... $ ____0.00____

2.  The source of compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

Client agreed to pay by the hour at a rate of $225.00 per hour.   The amount noted above relects the number of hours worked times the billible rate of $225.00

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

04/29/2015
_____
*Date*

/s/ Scott Niebling
_____
*Signature of Attorney*

Law Office of Scott Niebling
_____
*Name of law firm*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:08 - 32769-301X-***** - PDF-XChange 4.0

In re ) Case No. _____(If Known)
)
Sam Winters & Shari Winters )
) CHAPTER 7 INDIVIDUAL DEBTOR'S*
) STATEMENT OF INTENTION
Debtor(s) ) PER 11 U.S.C. §521(a)
**\*IMPORTANT NOTICES TO DEBTOR(S)**

(1) **SIGN AND FILE this form even if** you show "NONE," **AND**, if creditors are listed, **have the service certificate COMPLETED; AND**
(2) **Failure to perform** the intentions as to property stated below within 30 days after the first date set for the Meeting of Creditors under 11 USC §341(a) may result in relief for the creditor from the Automatic Stay protecting such property.

**PART A** - Debts secured by property of the estate. (Part A must be FULLY COMPLETED for **EACH** debt which is secured by property of the estate. Attach additional pages is necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Capitol One NA | Personal Residence |

Property will be (check one): ☐ SURRENDERED ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f))_____

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

---

Property No. 2 (if necessary)

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| US Bank | Personal Residence |

Property will be (check one): ☐ SURRENDERED ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f))_____

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

---

Property No. 3 (if necessary)

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| CIT Small Business Lending Corp | Personal Residence |

Property will be (check one): ☐ SURRENDERED ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f))_____

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

---

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Wednesday, April 29, 2015, at 18:07:08 - 32769-301X-***** - PDF-XChange 4.0

Case 15-32120-tmb7  Doc 1  Filed 04/29/15

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** Aurthur & Mary Laws | **Describe Leased Property:** 2500 NE Sandy Blvd Portland OR 97232 Commercial Lease | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☑ NO |

| Property No. 2  (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |

| Property No. 3  (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |

☑ Continuation sheets attached (if any).

*I DECLARE UNDER PENALTY OF PERJURY THAT* THE ABOVE INDICATES INTENTION AS TO ANY PROPERTY OF MY ESTATE SECURING A DEBT AND/OR PERSONAL PROPERTY SUBJECT TO AN UNEXPIRED LEASE.

DATE: _____04/29/2015_____

/s/ Sam Winters
DEBTOR'S SIGNATURE

/s/ Shari Winters
JOINT DEBTOR'S SIGNATURE (if applicable)

*I /WE THE UNDERSIGNED, CERTIFY THAT COPIES OF* <u>BOTH</u> *THIS DOCUMENT* <u>AND</u> *LOCAL FORM #715 WERE SERVED ON ANY* CREDITOR NAMED ABOVE.

DATE: ___04/29/2015_____

_/s/ Scott Niebling_ _____ 04494
DEBTOR OR ATTORNEY'S SIGNATURE        OSB# (if attorney)

JOINT DEBTOR'S SIGNATURE (if applicable and no attorney)

SCOTT NIEBLING        (503) 407-6523
PRINT OR TYPE SIGNER'S NAME & PHONE NO.

516 SE Morrison, Street Ste 225
SIGNER'S ADDRESS (if attorney)

Portland, OR 97214

---

**NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR RAILS TO TIMELY PERFORM STATED INTENTIONS**

Creditors, see Local Form #715 [attached if this document was served on paper] if you wish information on how to obtain NON-JUDICIAL Relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

---

**QUESTIONS????**
**Call an attorney with question about these procedures or the law.  However, only call the debtor's attorney if you have questions About the debtor's intent as to your collateral.**

Case 15-32120-tmb7    Doc 1    Filed 04/29/15

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:08 - 32769-301X-***** - PDF-XChange 4.0

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**
(Continuation Sheet)

**PART A** - Continuation

| Property No. 4 (if necessary) | |
|---|---|
| **Creditor's Name:**<br> CIT Small Business Lending Corp | **Describe Property Securing Debt:**<br> Body Shop Equipment |

Property will be (check one): ☑ SURRENDERED ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) _____

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

| Property No. 5 (if necessary) | |
|---|---|
| **Creditor's Name:**<br> CIT Small Business Lending Corp | **Describe Property Securing Debt:**<br> Sock in M & J Foteff I00%  Closely Held OR Corp |

Property will be (check one): ☑ SURRENDERED ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) _____

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

| Property No. 6 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one): ☐ SURRENDERED ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) _____

Property is (check one): ☐ CLAIMED AS EXEMPT ☐ NOT CLAIMED AS EXEMPT

**PART B** - Continuation

| Property No. 4 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |

| Property No. 5  (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |

| Property No. 6  (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |

521.05 (12/1/08) **Page 3**

Case 15-32120-tmb7   Doc 1   Filed 04/29/15

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

# United States Bankruptcy Court
### District of Oregon

In re    Sam Winters & Shari Winters
_____

Debtor

Case No. _____

Chapter    7
_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $   654,298.00 | | |
| B – Personal Property | YES | 6 | $    67,229.49 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 2,797,173.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $      8,440.61 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 23 | | $ 2,473,819.81 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $    11,113.84 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $    10,798.91 |
| **TOTAL** | | 44 | $   721,527.49 | $ 5,279,433.96 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18.07.09 - 32769-301X-****** - PDF-XChange 4.0

# United States Bankruptcy Court
## District of Oregon

In re    Sam Winters & Shari Winters         Case No. _____

Debtor

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $   N.A. |
| Average Expenses (from Schedule J, Line 22) | $   N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

In re  Sam Winters & Shari Winters

**Debtor**

Case No. _____

**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Personal Residence<br><br>2191 Ridgebrook Drive<br>West Linn, OR 97068 | Tenancy by the Entirety | J | 654,298.00 | 1,767,825.77 |
| | | Total ▷ | 654,298.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

In re <u>Sam Winters & Shari Winters</u>       Case No. _____

             **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wages in checking account<br>Chase Bank<br>River Falls Shopping Center, 1875 Blankenship Rd, West Linn, OR 97068 | J | 1,638.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Home Entertainment Center Stereo<br>2191 Ridgebrook Dr<br>West Linn OR 97068 | H | 575.00 |
| | | Home entertainment center-Stereo<br>2191 Ridgebrook Dr<br>West Linn OR 97068 | W | 575.00 |
| | | i pad<br>2191 Ridgebrook Dr<br>West Linn OR 97068 | W | 550.00 |
| | | Kitchen Appliances<br>2191 Ridgebrook Dr<br>West Linn OR 97068 | J | 550.00 |
| | | Livingroom furniture<br>2191 Ridgebrook Dr<br>West Linn OR 97068 | J | 350.00 |

In re   Sam Winters & Shari Winters                                     Case No. _____
_____
              **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Dining set 2191 Ridgebrook Dr West Linn, OR 97068 | J | 500.00 |
| | | 4 piece wine rack 2191 Ridgebrook Dr West Linn, OR 97068 | J | 500.00 |
| | | Family room furniture 2191 Ridgebrook Dr West Linn, OR 97068 | J | 450.00 |
| | | Bedroom furniture 2191 Ridgebrook Dr West Linn, OR 97068 | J | 450.00 |
| | | Dishes and cooking equipment 2191 Ridgebrook Dr West Linn, OR 97068 | J | 200.00 |
| | | Wardrobe 2191 Ridgebrook Dr West Linn OR 97068 | W | 500.00 |
| | | Home entertainment center-tv 2191 Ridgebrook Dr West Linn OR 97068 | H | 575.00 |
| | | Home entertainment center-tv, dvd 2191 Ridgebrook Dr West Linn OR 97068 | W | 575.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, DVD and wall art 2191 Ridgebrook Dr West Linn, OR 97068 | J | 500.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

In re <u>Sam Winters & Shari Winters</u>  Case No. _____

    **Debtor**             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | | Wardrobe<br>2191 Ridgebrook Dr<br>West Linn OR 97068 | H | 400.00 |
| 7. Furs and jewelry. | | wedding ring<br>2191 Ridgebrook Dr<br>West Linn OR 97068 | H | 800.00 |
| | | wedding ring<br>2191 Ridgebrook Dr<br>West Linn OR 97068 | W | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole life insurance<br>2191 Ridgebrook Dr<br>West Linn, OR 97068 | H | 7,970.00 |
| | | Whole Life Insurance<br>2191 Ridgebrook Dr<br>West Linn, OR 97068<br>Insured is Shari Winters | W | 8,853.49 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SKKM Oregon Single member LLC, dba Brodway Auto Body<br>2191 Ridgebrook Dr<br>West Linn OR 97068 | J | Indeterminate |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

In re   Sam Winters & Shari Winters                              Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Sock in M & J Foteff I00%  Closely Held OR Corp 603 NE Broadway St. Portland, OR 97232 | J | Indeterminate |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds.  Give particulars. | | 2012 Oregon State Income Tax Refund Oregon Department of Revenue 955 Center St NE Salem, OR 97301-2555 | J | 1,900.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | State and Federal Income Tax Refund Department of the Treasury 1500 Pennsylvania Ave., N.W. Washington, D.C. 20220  Oregon Department of Revenue 955 Center St NE Salem, OR 97301-2555 | J | 2,500.00 |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

In re __Sam Winters & Shari Winters__         Case No. _____
             **Debtor**                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 Cheverolet Suburban 2191 Ridgebrook Dr West Linn, OR 97068 | J | 33,418.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Home Ofice Computer Equipment 2191 Ridgebrook Dr West Linn OR 97068 | J | 500.00 |
| | | Lap Top 2191 Ridgebrook Dr West Linn OR 97068 | H | 450.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Hand Tools 2191 Ridgebrook Dr West Linn OR 97068 | J | 300.00 |
| | | Garden Equipment 2191 Ridgebrook Dr West Linn OR 97068 | J | 150.00 |
| | | Body Shop Equipment 825 N Cook St Portland, OR 97232 | J | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

In re   Sam Winters & Shari Winters                                          Case No. _____
              **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | <div style="text-align:center">0</div> continuation sheets attached      Total | | $          67,229.49 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

In re    Sam Winters & Shari Winters _____    Case No. _____
                  **Debtor**                                                                **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)                    ☐ Check if debtor claims a homestead exemption that exceeds
☐ 11 U.S.C. § 522(b)(3)                         $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Whole life insurance | (Husb)11 U.S.C. 522(d)(8) | 7,970.00 | 7,970.00 |
| Home Office Computer Equipment | (Husb)11 U.S.C. 522(d)(3) | 500.00 | 500.00 |
| Lap Top | (Husb)11 U.S.C. 522(d)(3) | 450.00 | 450.00 |
| Hand Tools | (Husb)11 U.S.C. 522(d)(3) | 300.00 | 300.00 |
| Garden Equipment | (Husb)11 U.S.C. 522(d)(3) (Wife)11 U.S.C. 522(d)(3) | 150.00 0.00 | 150.00 |
| Wardrobe | (Husb)11 U.S.C. 522(d)(3) | 400.00 | 400.00 |
| Whole Life Insurance | (Wife)11 U.S.C. 522(d)(8) | 8,853.49 | 8,853.49 |
| wedding ring | (Husb)11 U.S.C. 522(d)(4) | 800.00 | 800.00 |
| Wages in checking account | (Husb)11 U.S.C. 522(d)(5) (Wife)11 U.S.C. 522(d)(5) | 1,638.00 0.00 | 1,638.00 |
| Home Entertainment Center Stereo | (Husb)11 U.S.C. 522(d)(3) | 575.00 | 575.00 |
| Home entertainment center-Stereo | (Wife)11 U.S.C. 522(d)(3) | 575.00 | 575.00 |
| i pad | (Wife)11 U.S.C. 522(d)(3) | 550.00 | 550.00 |
| Kitchen Appliances | (Husb)11 U.S.C. 522(d)(3) (Wife)11 U.S.C. 522(d)(3) | 0.00 550.00 | 550.00 |
| Livingroom furniture | (Husb)11 U.S.C. 522(d)(3) | 350.00 | 350.00 |
| Dining set | (Husb)11 U.S.C. 522(d)(3) (Wife)11 U.S.C. 522(d)(3) | 500.00 0.00 | 500.00 |
| 4 piece wine rack | (Husb)11 U.S.C. 522(d)(3) (Wife)11 U.S.C. 522(d)(3) | 500.00 0.00 | 500.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

In re   Sam Winters & Shari Winters                              Case No. _____
              **Debtor**                                                         **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Family room furniture | (Husb)11 U.S.C. 522(d)(3) (Wife)11 U.S.C. 522(d)(3) | 0.00 450.00 | 450.00 |
| Bedroom furniture | (Husb)11 U.S.C. 522(d)(3) (Wife)11 U.S.C. 522(d)(3) | 450.00 0.00 | 450.00 |
| Dishes and cooking equipment | (Husb)11 U.S.C. 522(d)(3) (Wife)11 U.S.C. 522(d)(3) | 0.00 200.00 | 200.00 |
| Books, DVD and wall art | (Husb)11 U.S.C. 522(d)(3) (Wife)11 U.S.C. 522(d)(3) | 500.00 0.00 | 500.00 |
| Wardrobe | (Wife)11 U.S.C. 522(d)(3) | 500.00 | 500.00 |
| 2012 Oregon State Income Tax Refund | (Husb)11 U.S.C. 522(d)(5) | 1,900.00 | 1,900.00 |
| Home entertainment center-tv | (Husb)11 U.S.C. 522(d)(3) | 575.00 | 575.00 |
| Home entertainment center-tv, dvd | (Wife)11 U.S.C. 522(d)(3) | 575.00 | 575.00 |
| wedding ring | (Wife)11 U.S.C. 522(d)(4) | 1,500.00 | 1,500.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

B6D (Official Form 6D) (12/07)

**In re** <u>Sam Winters & Shari Winters</u> ,      **Case No.** _____
        **Debtor**                                                                **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1786433XXXX <br><br> Alaska USA Federal Credit Union <br> 4000 Credit Union Drive <br> Anchorage, AK 99503 <br><br> VALUE $    43,418.00 | | J | Incurred: 8/1/2013 <br> Lien: PMSI in vehicle < 910 days <br> Security: 2013 Chevrolet Suburban | | | | 54,522.00 | 11,104.00 |
| ACCOUNT NO. 384090275XXXX <br><br> Capitol One NA <br> 3905 N Dallas Pkwy <br> Plano, TX 75093 <br><br> VALUE $    654,298.00 | | J | Incurred: 3/1/2008 <br> Lien: First Mortgage <br> Security: Personal Residence <br> debt incurred by refinancing house to assist in start up of business | | | | 705,000.00 | 50,702.00 |
| ACCOUNT NO. Loan No. 3208546010 <br><br> CIT Small Business Lending Corp. <br> 1 CIT Drive <br> Livingston, NJ 07039 <br><br> VALUE $    654,298.00 | | J | Incurred: 10/8/2008 <br> Lien: Deed of Trust in 3rd position <br> Security: Personal Residence <br> business debt incurred to purchase business. Lender has unsecured judgment <br> in Multnomah County Oregon in the current in the amount of $1,020,510. <br> Deed of trust granted 10/82008. Loan was secured in March 2008 | | | | 974,825.77 | 974,825.77 This amount based upon existence of Superior Liens |

   1    continuation sheets attached

Subtotal ▷   $ 1,734,347.77   $ 1,036,631.77
(Total of this page)

Total ▷   $       $
(Use only on last page)

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07) – Cont.**

In re   Sam Winters & Shari Winters                    ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CIT Small Business Lending Corp.<br>1 CIT Drive<br>Livingston, NJ 07039 | | J | Lien: Security Interest and Judgment<br>Security: Bosy Shop Equipment and Stock in M& J Foteff<br>Perfected Security agreement on originanting loan. Credior also has a judgment that is unsecured and is listed in full in Schedule F<br><br>VALUE $            0.00 | | | | 974,825.77 | 974,825.77 |
| ACCOUNT NO. 300062XXXX<br><br>US Bank<br>P.O. Box 5227<br>Cincinnati, OH 45201 | | J | Lien: Second Mortgage<br>Security: Personal Residence<br>home equity line of credit opened 3/1/2008. Portion of proceeds used to assist in cash flow of start up business<br><br>VALUE $        654,298.00 | | | | 88,000.00 | 88,000.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) (Total(s) of this page)   $ 1,062,825.77   $1,062,825.77

Total(s) (Use only on last page)   $ 2,797,173.54   $2,099,457.54

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case 15-32120-tmb7   Doc 1   Filed 04/29/15

In re ___Sam Winters & Shari Winters_____,    Case No._____
                             Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

In re_____,     Case No._____
                    Sam Winters & Shari Winters
                              Debtor                                                    (if known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  **continuation sheets attached**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re Sam Winters & Shari Winters _____,    Case No. _____

        **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Portland<br>111 SW Columbia St. Ste 600<br>Portland, OR 97201-5840 | | J | dba Broadway Body and Paint<br>dba Broadway Autobody | | | | 352.00 | 352.00 | 0.00 |
| ACCOUNT NO. 1514311<br><br>Oregon Employment Department<br>875 Union Street NE, RM 107<br>Salem, OR 97311-0030 | | J | dba Broadway Auto Body | | | | 8,088.61 | 9,088.61 | 0.00 |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➢<br>(Totals of this page) | $ 8,440.61 | $ 9,440.61 |
| Total ➢<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 8,440.61 | |
| Totals ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 9,440.61 |

Subtotal amount not entitled: $ 0.00
Totals amount not entitled: $ 0.00

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07)

In re    Sam Winters & Shari Winters                        ,          Case No. _____
                                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

      Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A-1 Auto Care Inc<br>P.O. Box 381<br>Portland, OR 97202 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 396.00 |
| ACCOUNT NO.<br><br>Action Auto Glass of Portland<br>641 SE Mill St.<br>Portland, OR 97214 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body<br>See Action Autio Glass v Broadway Body & Paint<br>Mult County Small Calim No 14SC12972 | | | | 4,736.00 |
| ACCOUNT NO.<br><br>Adept IT Service LLC<br>426 NE 39th Avenue<br>Camas, WA  98607 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 275.00 |
| ACCOUNT NO.<br><br>All-Rite Towing & Recovery, Inc.<br>2317 Waverly Drive SE<br>Albany, OR  97322 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 789.00 |

_22_ continuation sheets attached

Subtotal ▷ | $ | 6,196.00

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:09 - 32769-301X-***** - PDF-XChange 4.0

In re <u>Sam Winters & Shari Winters</u>,     Case No. _____

         **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alloy Wheel Repair<br>PO Box 307<br>Battleground, WA 98604 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 980.00 |
| ACCOUNT NO.<br><br>AMAX Security Solutions<br>P.O. Box 19402<br>Portland, OR 97280 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 246.34 |
| ACCOUNT NO.<br><br>American Family Insurance<br>P.O. Box 9462<br>Minneapolis MN 55440 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 1,393.32 |
| ACCOUNT NO.<br><br>Amie Pico<br>2150 Nolan Lane<br>West Linn, OR 97068 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body<br>See Amie Pico v SSKM LLC dba Broadway Auto Body<br>Mult Cir. Civ. No 14CV05719 | | | | 5,290.00 |
| ACCOUNT NO.<br><br>Armstrong Enterprises, Inc.<br>633 NE Broadway<br>Portland, OR 97232 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 3,691.09 |

Sheet no. <u>1</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                        Subtotal▷ $    11,600.75

                                            Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re  Sam Winters & Shari Winters , Case No. _____
           **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aurthur and Mary Laws<br>P.O. Box 4106<br>Ketchum, ID 83340 | | J | Consideration: Business Debt-Lease<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 238,668.00 |
| ACCOUNT NO.<br><br>Auto Accessory Distributing, Inc.<br>8335 SE Division Street<br>Portland, OR 97266 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 269.45 |
| ACCOUNT NO.<br><br>Auto Town Buick Pontiac GMC Inc.<br>19495 SE McLoughlin Blvd<br>Gladstone, OR 97027 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 2,658.03 |
| ACCOUNT NO.<br><br>Auto Town Mazda<br>19405 SE McLoughlin Blvd<br>Gladstone, OR 97027 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 1,354.94 |
| ACCOUNT NO.<br><br>B&R Auto Wrecking<br>PO Box 640<br>Corvallis, OR 97339 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 227.80 |

Sheet no. 2 of 22 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ 243,178.22

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re ___Sam Winters & Shari Winters_____,     Case No. _____

                  **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXX 7784<br><br>Bank of America<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body<br>Bank charges on operating account | | | | 530.00 |
| ACCOUNT NO. **** 4757<br><br>Bank of America<br>P.O. Box 6600<br>Hagerstown, MD 21741 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 15,000.00 |
| ACCOUNT NO. XXXX-6609<br><br>Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 24,564.50 |
| ACCOUNT NO.<br><br>Beaverton Infiniti<br>9500 SW Canyon Road<br>P.O. Box 728<br>Beaverton, OR 97075 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 349.91 |
| ACCOUNT NO.<br><br>Broadway KIA<br>307 NE Broadway Street<br>Portland, OR 97232 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 38.71 |

Sheet no. __3__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                       Subtotal ▷ $     40,483.12

                                             Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Sam Winters &amp; Shari Winters</u>,    Case No. _____
    **Debtor**             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Car Toys <br> 20 W Galer St, <br> Seattle, WA 98119 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 395.00 |
| ACCOUNT NO. <br><br> Carmedic <br> 4607 Hedge Road <br> Roxana, IL 62084 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint | | | | 115.00 |
| ACCOUNT NO. <br><br> CCC Information Services Inc <br> 8059 Innovation Way <br> Chicago, IL 60682-0080 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint | | | | 1,115.90 |
| ACCOUNT NO. <br><br> Century Link <br> P.O. Box 91155 <br> Seattle, WA 98111 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 320.31 |
| ACCOUNT NO. 41472020 XXXX <br><br> Chase <br> P.O. Box 15298 <br> Willmington, DE 19850 | | J | Consideration: Credit card debt | | | | 5,100.00 |

Sheet no. <u>4</u> of <u>22</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal ▷   $   7,046.21

             Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re ___Sam Winters & Shari Winters_____,        Case No. _____
         **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chief Automotive Technologies<br>996 Industrial Drive<br>Madison, IN 47250 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 750.00 |
| ACCOUNT NO.<br><br>Cintas  Corporation<br>463 9045 N Ramsey Blvd<br>Portland, OR 97203-6478 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 503.40 |
| ACCOUNT NO.<br><br>CIT Small Business Lending Corporation<br>One CIT Drive<br>Livingston, NJ 07039 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body<br>$967,741.58 is secured by deed of trust<br>on originating loan<br>Judgment awarded Mult Co. Circuit Court No 12-1012753 | | | | 1,020,510.00 |
| ACCOUNT NO.  46212011XXXX<br><br>Citi<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | | J | Consideration: Revolving charge account | | | | 7,034.00 |
| ACCOUNT NO.  730384XXXX<br><br>Citi/Shell<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | | J | Consideration: Credit card debt | | | | 434.00 |

Sheet no. _5_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 1,029,231.40

Total▷ $ 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re ___Sam Winters & Shari Winters_____,   Case No. _____
                **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Columbia Pest Control<br>1722 NE 119th Ave<br>Portland OR 97220 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 225.00 |
| ACCOUNT NO. 8XXXX<br>Comenity Bank/CTRSSEC<br>P.O. Box 182789<br>Columbus, OH 43218 | | | Consideration: Revolving charge account | | | | Notice Only |
| ACCOUNT NO.<br>Courtesy Ford<br>PO Box 30653<br>Portland, OR 97294 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 2,261.81 |
| ACCOUNT NO.<br>Crown Towing and Repair<br>10000 SE Ankeny<br>Portland OR 97216 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 150.00 |
| ACCOUNT NO.<br>CST Co.<br>PO Box 33127<br>Louisville, KY 40232 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>collection agent fot NAPA Auto Parts | | | | Notice Only |

Sheet no. _6_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 2,636.81

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re <u>Sam Winters & Shari Winters</u> , Case No. _____
              **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dent Away, Inc.<br>13106 NE Eugene Street<br>Portland, OR 97230 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 210.00 |
| ACCOUNT NO.<br><br>Dex Media West, Inc.<br>PO Box 79167<br>Phoenix, AZ 85062-9167 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 3,128.58 |
| ACCOUNT NO.<br><br>Dick Hannah Dealerships<br>PO Box 1679<br>Vancouver, WA 98668 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 450.98 |
| ACCOUNT NO.<br><br>Dick's Hyundai<br>2871 SE Tualatin Valley Hwy<br>Hillsboro, OR 97123 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 3,030.42 |
| ACCOUNT NO. 60112089XXXX<br><br>Discover Financial Services LLC<br>P.O. Box 15316<br>Wilmington, DE 19850 | | J | Consideration: Revolving charge account | | | | 15,058.00 |

Sheet no. <u>7</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $     21,877.98

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re <u>Sam Winters & Shari Winters</u>,     Case No. _____

         **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Douglas, Knkight & Associates<br>PO Box 10517<br>Bradenton FL 34282 | | | Collection Agent for Trumbull-The Hartford | | | | Notice Only |
| ACCOUNT NO.<br><br>Earth 2O<br>PO Box 70 Culver<br>OR 97734-0070 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 173.85 |
| ACCOUNT NO.<br><br>Ehlert & Associates<br>P.O. Box 66440<br>Portland, OR 97290 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 250.00 |
| ACCOUNT NO.<br><br>Elliott Powell Baden<br>1521 SW Salmon St,<br>Portland, OR 97205 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 100.00 |
| ACCOUNT NO.<br><br>Emerald Recycling<br>7343 East Marginal Way<br>South Seattle, WA 98108 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 1,850.00 |

Sheet no. <u>8</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

               Subtotal ▷   $     2,373.85

               Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re <u>Sam Winters & Shari Winters</u>,     Case No. _____

                 **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Enterprise<br>20400 SW Teton Avenue<br>Tualatin, OR  97062-8812 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>Broadway Auto Body | | | | 14,500.61 |
| ACCOUNT NO. <br><br>Factory Finish<br>PO Box 16582<br>Portland, OR  97292 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 240.00 |
| ACCOUNT NO. <br><br>Fox's Towing, Inc<br>PO Box 1509<br>Sherwood OR 97140 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 65.00 |
| ACCOUNT NO. <br><br>G&G Auto Care Supply, Inc.<br>P.O. Box 20802<br>Keizer, OR 97307 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 1,125.03 |
| ACCOUNT NO. <br><br>G&R Auto Wreckers, Inc.<br>4645 Independence Hwy<br>Independence, OR  97351 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 490.00 |

Sheet no. <u>9</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $      16,420.64

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Sam Winters & Shari Winters</u>,     Case No. _____

              **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 60191830XXXX <br><br> GECRB/Care Credit <br> 950 Forrer Blvd <br> Kettering, OH 45420 | | J | Consideration: Revolving charge account | | | | Notice Only |
| ACCOUNT NO. 70615910 XXXX <br><br> GECRB/Cheveron <br> P.O. Box 965015 <br> Orlando, FL 32896 | | J | Consideration: Credit card debt | | | | 2,100.00 |
| ACCOUNT NO. <br><br> Gehred and Horacek <br> 4839 NE 42nd Avenue <br> Portland, OR 97218 | | J | dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 829.00 |
| ACCOUNT NO. <br><br> Green lawn Care LLC <br> P.O. Box 593 <br> Aurora, OR 97002 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body <br> Lawn Service for 825 N Cook St <br> Portland, OR 97232 | | | | 230.00 |
| ACCOUNT NO. <br><br> Hertz <br> HLE Commercial Dept. 1154 <br> PO Box 121154 <br> Dallas, TX 75312-1154 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 1,725.00 |

Sheet no. <u>10</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                         Subtotal▷   $     4,884.00

                                             Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Sam Winters & Shari Winters</u>, Case No. _____

                  **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hubcap World<br>8827 SE Division St<br>Portland OR 97226 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 30.50 |
| ACCOUNT NO.<br><br>Industrial Finishes and Systems Inc<br>P.O. Box 2824<br>3455 W 1st Ave.<br>Eugene, OR 97402 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 42,946.03 |
| ACCOUNT NO.<br><br>IT Business Solutions, Inc.<br>4130 SW 117th Avenue, #247<br>Beaverton, OR 97005 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 879.75 |
| ACCOUNT NO.<br><br>James A Foteff<br>10846 SE 92nd Ave.<br>Portland, OR 97226 | | H | Incurred: 10/8/2008<br>Consideration: Business Debt<br>dba Broadway Body and Paint<br>dba Broadway Auto Body | | | | 59,500.00 |
| ACCOUNT NO.<br><br>James A Foteff<br>10846 SE 92nd Ave.<br>Portland, OR 97226 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 65,194.73 |

Sheet no. __11__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ 168,551.01

Total ▷ $ 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re ___Sam Winters & Shari Winters_____,     Case No. _____
          **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James A. Foteff<br>10846 SE93rd CT<br>Happy Valley, OR 97082 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body<br>See Foteff v Sam Winters<br>Mult. Co Small Claim No 14SC19238 | | | | 1,251.49 |
| ACCOUNT NO.<br><br>Joseph, Mann & Creed<br>20600 chagrin Blvd. Ste 550<br>Shaker Heights, OH 44122-5340 | | | Collection agent for American Family Insurance | | | | Notice Only |
| ACCOUNT NO.<br><br>KAR Parts Corporation<br>11435 SE Foster Road<br>Portland, OR 97266 | | | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 88.00 |
| ACCOUNT NO.<br><br>Keystone<br>3615 NE 109th Avenue<br>Vancouver, WA 98682 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 11,018.76 |
| ACCOUNT NO.<br><br>Lane Powell<br>1420 Fifth Avenue, Ste 4100<br>Seattle, WA 98101 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body<br>legal services | | | | 2,657.13 |

Sheet no. _12_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷   $     15,015.38

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>Sam Winters &amp; Shari Winters</u>,      Case No. <u>                    </u>

              **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Legacy Laboratory Services <br> P.O. Box 2829 <br> Portland, OR 97208 | | J | Consideration: Medical Services | | | | 29.59 |
| ACCOUNT NO. 2241XXXX <br><br> Les Schwab Tire Center <br> P.O. Box 5350 <br> Bend, OR 97708 | | J | Consideration: Revolving charge account | | | | Notice Only |
| ACCOUNT NO. <br><br> Litha Motors <br> Collections Administrator <br> P.O. Box 1047 <br> Medford, OR 97501-9965 | | | Consideration: Business Debt <br> dba Broadway Body &amp; Paint <br> dba Broadway Auto Body | | | | Notice Only |
| ACCOUNT NO. <br><br> Lithia Mercedes-Benz of Portland <br> PO Box 1647 <br> Medford OR 97501-0249 | | J | Consideration: Business Debt <br> dba Broadway Body &amp; Paint <br> dba Broadway Auto Body | | | | 1,214.82 |
| ACCOUNT NO. <br><br> Lithia Mini of Portland <br> 9134 SW Canyon Rd <br> Portland OR 97225 | | J | Consideration: Business Debt <br> dba Broadway Body &amp; Paint <br> dba Broadway Auto Body | | | | 6,405.31 |

Sheet no. <u>13</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                               Subtotal▷   $       7,649.72

                                  Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Sam Winters & Shari Winters</u>,  Case No. _____
         **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LKQ Foster Auto Parts<br>10355 SE Foster Road<br>Portland, OR 97266 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 1,095.54 |
| ACCOUNT NO.<br><br>Markowitz, Herbold , Glade & Mehlhaf, PC<br>1211 SW Fifth Avenue<br>Portland, OR | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body<br>legal services | | | | 71,162.79 |
| ACCOUNT NO.<br><br>Master Muffler<br>6027 N Lombard<br>Portland OR 97203 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 776.00 |
| ACCOUNT NO.<br><br>MCI<br>PO Box 371838<br>Pittsburgh, PA 15250-7838 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 8.53 |
| ACCOUNT NO.<br><br>Mitchell International Inc.<br>Dept 6946 Los Angeles<br>CA 90084-6946 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 10.50 |

Sheet no. <u>14</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $     73,053.36

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Sam Winters & Shari Winters_____,   Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mobile West<br>140 NE Broadway<br>Portland, OR 97232 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 574.85 |
| ACCOUNT NO.<br><br>NAPA Auto Parts<br>P.O. Baox 2047<br>Norcross GA 30091 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 625.89 |
| ACCOUNT NO.<br><br>NAPA Auto Parts Genuine Parts Company<br>Portland, OR File 56893<br>Los Angel | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 79.49 |
| ACCOUNT NO.<br><br>New Image Auto Services<br>PO Box 2684<br>Wilsonville, OR 97070 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 135.00 |
| ACCOUNT NO. 414721000546XXXX<br><br>Nordstrom FSB<br>P.O. Box 6565<br>Englewood, CO 80155 | | J | Consideration: Credit card debt | | | | 4,941.00 |

Sheet no. __15__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $  6,356.23

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re <u>Sam Winters & Shari Winters</u> ,     Case No. _____
       **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NW Auto Accessories<br>5700 NE Sandy Blvd<br>Portland, OR 97213 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 1,128.91 |
| ACCOUNT NO.<br><br>NW Natural<br>220 NW 2nd Ave<br>Portlan, OR 97209 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 867.00 |
| ACCOUNT NO.<br><br>Pacific Patrol Services<br>PO Box 40003<br>Portland, OR  97240-0003 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 2,548.00 |
| ACCOUNT NO.<br><br>Parts Channel, Inc.<br>7015 NE Columbia Blvd.<br>Portland, OR  97218 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 1,678.00 |
| ACCOUNT NO.<br><br>Pick-A-Part<br>6777 Turner Road<br>Turner, OR  97392 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 325.00 |

Sheet no. __16__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷   $     6,546.91

Total▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re <u>Sam Winters & Shari Winters</u>,      Case No. _____

          **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Portland General Electric<br>P.O. Box 4404<br>Portland, OR 97208 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 831.00 |
| ACCOUNT NO.<br><br>Portland Police Alarms<br>PO Box 1867<br>Portland, OR  97207 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 125.00 |
| ACCOUNT NO.<br><br>Portland Water Bureau<br>P.O. Box 4216<br>Portkand, OR 97208-4216 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 629.42 |
| ACCOUNT NO.<br><br>Pro Glass<br>13223 Rosebery Ave<br>Oregon City OR 97045 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 510.00 |
| ACCOUNT NO.  XXXX-9101<br><br>Ready Cap Lending, LLC<br>420 Mountain Ave., 3rd Floor<br>New Providence, NJ 07974 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 751,889.00 |

Sheet no. <u>17</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $      753,984.42

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re  Sam Winters & Shari Winters                          ,          Case No. _____
                     **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> RMS <br> Brecksville Rd <br> P.O. Box 509 <br> Richfield, OH 44286 | | | Collection agent for Waste Management | | | | Notice Only |
| ACCOUNT NO. <br><br> Rose City Messenger Services, Inc <br> PO Box 2981 <br> Portland OR  97208 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 43.50 |
| ACCOUNT NO. <br><br> Russ Chevrolet <br> 11880 Sw Pacific Highway <br> Portland, OR 97223 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 554.30 |
| ACCOUNT NO. <br><br> Rustom Nissan <br> 1212 NE 122nd Avenue <br> Portland, OR  97230-2103 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 550.78 |
| ACCOUNT NO. <br><br> Sacramento Loan Processing Center <br> Small Business Administration <br> US Federal Courthouse <br> 501 I Street Ste 12-100 <br> Sacramento, CA 95814-2322 | | | guarantor of loan made to debtors <br> by CIT Small Business Lending Corp. | | | | Notice Only |

Sheet no.  18  of 22  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $          1,148.58

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Sam Winters & Shari Winters</u>, Case No. _____
<div align="center">**Debtor**                                **(If known)**</div>

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Safety Systems Service <br> P.O. Box 55596 <br> Portland, OR 97238 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 448.80 |
| ACCOUNT NO. <br><br> Sergeants Towing Inc. <br> 2045 N Vancouver Ave. <br> Portland, OR 97227 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 751.50 |
| ACCOUNT NO. XXX4169-1 <br><br> Shell <br> P.O. Box 6406 <br> Sioux Falls, SD 57117 | | J | Consideration: Credit card debt | | | | 1,000.00 |
| ACCOUNT NO. <br><br> Spectrum Restoration <br> 14012 NE 53rd St <br> Vancouver, WA 98682 | | | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 520.00 |
| ACCOUNT NO. <br><br> Speed's Towing <br> 125 SE Clay Street <br> Portland, OR 97214 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 887.20 |

Sheet no. <u>19</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ 3,607.50

Total ▷ $

<div align="center">(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.)</div>

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re  Sam Winters & Shari Winters                           ,          Case No. _____

             **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stripe Line<br>13007 SW Herman Road<br>Tualatin, OR 97062 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 460.00 |
| ACCOUNT NO.<br><br>Sunset Imports<br>4050 SW 139th Way<br>Beaverton, OR 97005 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 243.60 |
| ACCOUNT NO.<br><br>Tamar Jacob<br>6221 N Columbia Way<br>Portland, OR 97203 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body<br>See Jacob vSSKM dba Broadway Auto Body<br>Sam Winters and Dieonne Asla<br>Mult Co Case No. 14CV-12246 | | | | 25,523.00 |
| ACCOUNT NO.<br><br>Team Towing<br>233 NE Columbia Blvd<br>Portland, OR  97211 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 50.00 |
| ACCOUNT NO.<br><br>Transitional Computing Services<br>c/o Rostad & English CPA's<br>9498 SW Barbur Blvd.<br>Portland OR | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 632.50 |

Sheet no.  20  of 22   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                 Subtotal▷  $     26,909.10

                                     Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re <u>Sam Winters & Shari Winters</u>,       Case No. _____

        **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Transworld Systems Inc.<br>507 Prudential road<br>Horsham, PA 19044 | | | Collection Agent for Vintas | | | | Notice Only |
| ACCOUNT NO.<br><br>Trumbull-The Hartford<br>1 Hartford PLaza<br>Harford CT 06115 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 2,657.00 |
| ACCOUNT NO.<br><br>United Fire, Health & Safety<br>4611 NE MLK Blvd<br>Portland, OR 97211 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 105.80 |
| ACCOUNT NO.<br><br>United Recovery System<br>P.O. Box 722929<br>Houston, TX 77272-2929 | | | Collection agent for US Bank Asociation | | | | Notice Only |
| ACCOUNT NO.<br><br>United Welding Supply Inc.<br>2313 NE M.L. King Jr. Blvd<br>Portland, OR 97212 | | J | Consideration: Business Debt<br>dba Broadway Body & Paint<br>dba Broadway Auto Body | | | | 40.53 |

Sheet no. <u>21</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $     2,803.33

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Sam Winters & Shari Winters</u>,     Case No. <u>                     </u>

            **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXX-4694 <br><br> US Bank National Association <br> 425 Walnut Street <br> Cincinnati, OH 45202 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 18,796.00 |
| ACCOUNT NO. <br><br> Waste Management <br> PO Box 541065 <br> Los Angeles, CA  90054-1065 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 342.57 |
| ACCOUNT NO. <br><br> Wentworth <br> 107 SE Grand Avenue <br> Portland, OR  97214 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 1,439.31 |
| ACCOUNT NO. <br><br> Wentworth Cheverolet Subaru <br> 107 SE Grand Ave <br> Portland, OR 97214 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 1,172.41 |
| ACCOUNT NO. <br><br> Wheelkraft NW <br> 10216 NE 13th Ave <br> Vancouver, WA  98686 | | J | Consideration: Business Debt <br> dba Broadway Body & Paint <br> dba Broadway Auto Body | | | | 515.00 |

Sheet no. <u>22</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                      Subtotal▷   $     22,265.29

                                        Total▷   $    2,473,819.81

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Sam Winters & Shari Winters</u>     Case No. <u>                    </u>
          **Debtor**                                         **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Aurthur & Mary Laws | 2500 NE Sandy Blvd<br>Portland OR 97232<br>Commercial Lease<br><br>Lease on nonresidential real property |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 - 32769-301X-***** - PDF-XChange 4.0

In re  <u>Sam Winters & Shari Winters</u>  Case No. _____
       **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dionne Asla<br>26401 S Hillockburd Rd<br>Estacada, OR 97023<br><br>M&J Foteff Inc.<br>603 NE Broadway<br>Portland, OR 97232<br><br>Broadway Body & Paint<br>Broadway Auto Body | Tamar Jacob<br>6221 N Columbia Way<br>Portland, OR 97203<br><br>CIT Small Business Lending Corp.<br>1 CIT Drive<br>Livingston, NJ 07039 |
| SSKM LLC<br>603 NE Broaway<br>Portland, OR 97232<br><br>M&J Foteff Inc.<br>603 NE Broadway<br>Portland, OR 97232<br><br>dba Broadway Body & Paint<br>dba Broadway Auto Body | All creditors in which debtors were doing business<br>as Broadway Body & Paint and/or Broadway Auto Body |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:10 -32769-301X-***** - PDF-XChange 4.0

**Fill in this information to identify your case:**

Debtor 1  Sam Winters
First Name ___ Middle Name ___ Last Name ___

Debtor 2  Shari Winters
(Spouse, if filing) First Name ___ Middle Name ___ Last Name ___

United States Bankruptcy Court for the: _____ District of OR ___

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form **B 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1.** | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

**Employment status**

Debtor 1: ☒ Employed  ☐ Not employed

Debtor 2 or non-filing spouse: ☒ Employed  ☐ Not employed

**Occupation**

Sales Manager

Independent Contractor-Sales

**Employer's name**

J&M Auto Import rebuilding Inc.

Arborne International

**Employer's address**

603 NE Broadway
Number   Street

9400 Jeronimo
Number   Street

Portland, OR 97232
City   State   ZIP Code

Irvine, CA 92618
City   State   ZIP Code

**How long employed there?**  8.5 Months   12mo

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 16,250.00 | $ 0.00 |
| **3.** | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4. $ 16,250.00 | $ 0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:11 - 32769-301X-***** - PDF-XChange 4.0

Debtor 1    Sam Winters
_____
First Name    Middle Name    Last Name

Case number (if known)_____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **Copy line 4 here** ................................................................ → 4. | $ 16,250.00 | $ 0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 5,267.16 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: ; _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 5,267.16 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 10,982.84 | $ 0.00 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 131.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ; _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: ; _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 131.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 10,982.84 + | $ 131.00 = $ 11,113.84 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies   12.   $ 11,113.84

Combined monthly income

**13.** Do you expect an increase or decrease within the year after you file this form?

[X] No.

[ ] Yes. Explain: _____

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:11 - 32769-301X-***** - PDF-XChange 4.0

**Fill in this information to identify your case:**

Debtor 1    Sam Winters
            First Name          Middle Name          Last Name

Debtor 2    Shari Winters
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of OR

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                                12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

      ☒ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**         ☐ No
   Do not list Debtor 1 and            ☒ Yes. Fill out this information for
   Debtor 2.                                each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 11 | ☐ No  ☒ Yes |
| Daughter | 13 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No  ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 4,936.00 |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 134.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 90.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 0.00 |

Case 15-32120-tmb7    Doc 1    Filed 04/29/15

|  | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 460.91 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 350.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 280.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 300.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 1,300.00 |
| 8. **Childcare and children's education costs** | 8. | $ 430.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 150.00 |
| 10. **Personal care products and services** | 10. | $ 90.00 |
| 11. **Medical and dental expenses** | 11. | $ 300.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 400.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 100.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 110.00 |
| 15b. Health insurance | 15b. | $ 454.00 |
| 15c. Vehicle insurance | 15c. | $ 177.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 737.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify: car lease payment _____ | 17c. | $ 0.00 |
| 17d. Other. Specify:_____ _____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Case 15-32120-tmb7    Doc 1    Filed 04/29/15

21. **Other**. Specify: _____ _____

21. **+**$_____ 0.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

22. $_____ 10,798.91

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.

23a. $_____ 11,113.84

23b. Copy your monthly expenses from line 22 above.

23b. **−**$_____ 10,798.91

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.

23c. $_____ 314.93

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X] No.

[ ] Yes.    Explain here:

**B6 (Official Form 6 - Declaration) (12/07)**

Sam Winters & Shari Winters

In re _____     Case No. _____
                    **Debtor**                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___46___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __04/29/2015__                     Signature: __/s/ Sam Winters__
                                                                    Debtor

Date __04/29/2015__                     Signature: __/s/ Shari Winters__
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____          _____
     Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
------------------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                                            _____
                                                                     [Print or type name of individual signing on behalf of debtor.]
------------------------------------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Case 15-32120-tmb7   Doc 1   Filed 04/29/15

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In Re  Sam Winters & Shari Winters _____  Case No. _____
                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

─────────────────────────────

**1.  Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE | |
|---|---|---|---|
| 2015(db) | 45,000 | J&M Auto Import Rebuilding Inc.<br>16420 SE McLoughlin Blvd.<br>Milwaukie, OR 97267 | FY: 01/01/15 to 12/31/15 |
| 2014(db) | 115,000 | SSKM LLC<br>603 NE Broadway St<br>Portland, OR 97232 | FY: 01/01/14 to 12/31/14 |
| | | J&M Auto Import Rebuilding Inc.<br>16420 SE McLoughlin Blvd.<br>Milwaukie, OR 97267 | |
| 2013(db) | 43,931 | SSKM LLC<br>603 NE Broadway St<br>Portland, OR 97232 | FY: 01/01/13 to 01/01/13 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:11 - 32769-301X-***** - PDF-XChange 4.0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:11 - 32769-301X-*****- PDF-XChange 4.0

AMOUNT                                    SOURCE (if more than one)

2015(jdb)      315.53        Arbonne Internantional LLC                    FY: 01/01/15 to 12/31/15
                            9400 Jeronimo
                            Irvine, CA 92618

2014(jdb)     1,572.30       Arbonne Internantional LLC                    FY: 01/01/14 to 12/31/14
                            9400 Jeronimo
                            Irvine, CA 92618

2013(jdb)       none

---

**2.   Income other than from employment or operation of business**

None
☒
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.   Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                SOURCE

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None ☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Capital One NA<br>3905 N Dallas Parkway<br>Plano TX 75093 | Feb 1to April 1 2015 | 14,808.00 | 705,000.00 |
| Alaska USA Federal Credit Union<br>400 Credit UNion Drive<br>Anchorage, AK 99503 | Feb 1 to April 1 | 2,211.00 | 53,522.00 |
| American Honda Finance Corp.<br>P.O. Box 60001<br>City of Industry, CA 91716-0001 | February 2015 | 250.00 | none |
| James Foteff<br>c/o Tomasi Salyer Baroway<br>121 SW Morrison Ste 1850<br>Portland, OR 97204 | February 1 to April 15 | 7,500.00 | 53,676.78 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:11 - 32769-301X-***** - PDF-XChange 4.0

None

☐     *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or
      for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
      include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
      and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| James Foteff<br>10846 SE93rd CT<br>Happy Valley, OR 97082<br>Relationship: Uncle and past business partner | July 31, 2014 to April 2015 | 16,113.42 | 53,676.78 |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
      preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
      information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
      and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| James Foteff, Plaintiff v Sam Winters dba Broadway Body & Paint, Defendant No. 120030060E | Forcible Detainer-Commercial | Multnomah County Circuit Court | Restitution of Premises awarded to Plaintiff. Supplemental Judgment of attorney fees awarded in the amount of$5,287.00 |
| James Foteff Plaintiff v Sam Winters dba Broadway Body & Paint No. 1303-03186 | Civil Complaint Breach of lease agreement $52,513.47 of damages claimjed | Multnomah County Circuit Court | Judgment awarded March 12, 2014 |
| Jonathan Griffin, Plaintiff v M&J Foteff, Inc. dba Broadway Body & Paint and Sam Winters, Defendants No. 1301-00433 | Civil Complaint-Wrongful Termination $400,000 of damages claimed | Multnomah County Circuit Court | Pending |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:11 - 32769-301X-***** - PDF-XChange 4.0

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CIT Small Business Lending, Plaintiff v M&J Foteff, Inc. dba Broadway Body & Paint, Samual C Winters, James A. Foteff, the Walter Martin Trust, the Wanda C. Maertin Trust and Foteff & Foteff No. 12-1012753 | Civil Complaint, Action on Note, Claim and Delivery | Multnomah County Circuit Court | Judgment awarded January 2014. Attorney fee awarded May 2014 |
| Action Auto Glass of Portland v Broadway Body & Paint Sam Wintewrs 14 SC12972 | Civil Claim for Money Due on Account | Multnomah County Circuit COurt-Small Claims Dept. | Judgment awarded |
| Foteff v Winters 14 SC 19238 | Civil Cae Money Owed | Multnoamh County Circuit Courtt- Small Claims Dept. | Judgment |
| Tamar Jacob v SSKM LLC dba Broadway Auto Body, Sam Winters and Dionne Asia Mult. Co. No. 14CV12246 | Civil Complaint | Multnomah County Oregon Circuit Court | Judgment awarded |
| Amie Pico v SSKM dba Broadway Auto Body Mult Co No 14CV05719 | Civil Complaint | Multnomah County Circuit Court | Judgment awarded |

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within
☐      one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James Foteff c/o Tomasi Salyer Baroway 121 SW Morrison Ste 1850 Portland, OR 97204 | July 31, 2014 to current date | wages/income $16,113.42 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:12 - 32769-301X-***** - PDF-XChange 4.0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:12 - 32769-301X-***** - PDF-XChange 4.0

**5.    Repossessions, foreclosures and returns**

None
☒          List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None
☒          a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒          b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.    Gifts**

None
☒          List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒    commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or
chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐    for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Criket Credit Counseling<br>219 SW Stark St,<br>Portland, OR 97204 | Janurary 7, 2015 | $36.00 |
| 001 Debtor CC<br>378 Summit Avenue.<br>Jersey City, NJ 07306 | April 2, 2015 | 9.95 |

**10.  Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒    of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED AND<br>VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:12 - 32769-301X-***** - PDF-XChange 4.0

**14. Property held for another person**

None ☒

       List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

       If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

       If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
|---|

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

       "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

       "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

       a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:12 - 32769-301X-*****- PDF-XChange 4.0

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| M & J Foteff Inc | 93-0837142 | 603 NE Broadway Portland, OR 97232 | automotive body repair dba Broadway Body & Paint | October 2008 to August 2014 |
| SSKM LLC | 93-0837142 | 603 NE Broadway Portland, OR 97232 | automotive body repair dba Broadway Auto Body | 12/1/12 to to August 2014 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:12 - 32769-301X-***** - PDF-XChange 4.0

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None
☐
a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED

Dieonne Asla                                         04/2011 to August 2014
26401 S Hillockburd Rd
Estacada, OR 97023

None
☒
b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐
c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

Barbara Good CPA                         P.O. Box 21
                                         Gladstone, OR 97225

Sam Winters                              2191 Ridgebrook Drive
                                         West Linn OR 97068

Richard Leipzig CPA                      Burnside Trolly Buliding
                                         2705 E Burnside Suitee 110
                                         Portland, OR 97214

None ☒    d.     List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☒    a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒    b.     List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☐    a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒    b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

None ☒    a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒        within one year immediately preceding the commencement of this case.

    NAME AND ADDRESS                              TITLE                     DATE OF TERMINATION

---

**23.  Withdrawals from a partnership or distribution by a corporation**

None        If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒        including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF | DATE AND PURPOSE | AMOUNT OF MONEY OR |
|---|---|---|
| RECIPIENT, RELATIONSHIP | OF WITHDRAWAL | DESCRIPTION AND VALUE |
| TO DEBTOR | | OF PROPERTY |

---

**24.  Tax Consolidation Group**

None        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☒        any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
period immediately preceding the commencement of the case.

    NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25.  Pension Funds**

None        If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒        which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
immediately preceding the commencement of the case.

    NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

*     *     *     *     *     *

Case 15-32120-tmb7    Doc 1    Filed 04/29/15

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  04/29/2015
_____

Signature
of Debtor

/s/ Sam Winters
_____
SAM WINTERS

Date  04/29/2015
_____

Signature
of Joint Debtor

/s/ Shari Winters
_____
SHARI WINTERS

_____0_____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____            _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____            _____
Signature of Bankruptcy Petition Preparer                                             Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 29, 2015, at 18:07:12 - 32769-301X-*****- PDF-XChange 4.0